Alison Pulaski Carter (SBN 276090)
**BURNSBARTON PLC**
2201 E. Camelback Road, Ste. 360
Phoenix, AZ 85016
Main: 602.753.4500
Fax: 602-428-7012
alison@burnsbarton.com
*Attorneys for Defendant*

Karo G. Karapetyan (SBN 318101)
Manny M. Starr (SBN 319887)
**FRONTIER LAW CENTER**
23901 Calabasas Road, STE # 2074
Calabasas, CA 91302
Main: 818-914-3433
Fax: 818-914-3433
karo@frontierlawcenter.com
manny@frontierlawcenter.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Latisha Arnold,<br><br>          Plaintiff,<br><br>     vs.<br><br>United Parcel Service, Inc., and DOES 1 to 100,<br><br>          Defendants. | NO.: 2:20-cv-01565-WBS-EFB<br><br>(Formerly San Joaquin County Superior Court No. STK-CV-UOE-2020-4970)<br><br>**STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Based on the Parties' Stipulation and Joint Motion for Dismissal with Prejudice ("Joint Motion") (Dkt. 7) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Joint Motion for dismissal with prejudice is hereby GRANTED, and all claims against Defendant are hereby DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: November 23, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE